OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Daniel Joseph GATES, Respondent.

No. 745 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 8, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 8th day of May, 2002, there having been filed with this Court by Daniel Joseph Gates his verified Statement of Resignation dated April 8, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in ac-cordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Dan-iel Joseph Gates be and it is hereby ac-cepted and he is DISBARRED ON CON-SENT from the Bar of the Commonwealth of Pennsylvania; and it is further OR-DERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respon-dent shall pay costs, if any, to the Disci-

plinary Board pursuant to Rule 208(g), Pa.R.D.E.